Dismissed and Memorandum Opinion filed May 25, 2006









Dismissed and Memorandum Opinion filed May 25, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00410-CV

____________

 

IN THE INTEREST OF H.B.N.S., A
CHILD

 

 



 

On Appeal from the 387th District
Court

Fort Bend County,
Texas

Trial Court Cause No.
00CV114743

 



 

M E M O R A N D U M  O
P I N I O N

This is an appeal from a judgment signed December 28,
2004.  The clerk=s record was filed on April 27,
2005.  The reporter=s record was filed on October 4,
2005.  No brief was filed.

On March 30, 2006, this Court issued an order stating that
unless appellants submitted their brief, together with a motion reasonably
explaining why the brief was late, on or before May 1, 2006, the Court would
dismiss the appeal for want of prosecution. 
See Tex. R. App. P.
42.3(b).

Appellants filed no response.

Accordingly, the appeal is ordered dismissed.








 

PER CURIAM

Judgment rendered and Memorandum
Opinion filed May 25, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.